# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

PAY TEL COMMUNICATIONS, INC.,            )
                                          )
        Petitioner,                    )
                                          )
  v.                                      )
                                          )   Case No. 24-_____
FEDERAL COMMUNICATIONS                    )
COMMISSION and UNITED STATES OF           )
AMERICA,                                  )
                                          )
        Respondents.                   )

## PETITION FOR REVIEW

Pursuant to 5 U.S.C. §§ 702-704 and 706, 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, Rule 15 of the Federal Rules of Appellate Procedure, and Local Rule 15 of the United States Court of Appeals for the Fourth Circuit, Pay Tel Communications, Inc. ("Pay Tel") hereby petitions this Court for review of an order of the Federal Communications Commission (the "Commission"). *See* Report and Order, Order on Reconsideration, Clarification and Waiver, and Further Notice of Proposed Rulemaking, *Incarcerated People's Communication Services; Implementation of the Martha Wright-Reed Act: Rates for Interstate Inmate Calling Services*, WC Docket Nos. 23-62 & 12-375, FCC 24-75 (rel. July 22, 2024) ("*Order*") (incorporating August 26, 2024 Erratum to *Order*) (attached

hereto as Exhibit A). The *Order* was published in the *Federal Register* on September 20, 2024, at 89 Fed. Reg. 77,244 (Sept. 20, 2024).

The *Order* establishes per-minute rate caps for interstate and intrastate audio and video communication services provided to incarcerated people and lowers existing interstate rate caps for the same services. *Order* ¶¶ 3–4. The *Order* also prohibits providers of these communication services ("IPCS providers") from collecting separate charges for ancillary services, prohibits IPCS providers from making site commission payments, and preempts state laws requiring such commissions. *Id.*

Pay Tel seeks relief on the grounds that portions of the *Order* are arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act and are otherwise contrary to law and unsupported by substantial evidence. Pay Tel requests that this Court enter an order holding unlawful and setting aside the unlawful portions of the *Order* and granting such other relief as may be just and proper.

This petition is timely filed within 60 days of the publication of the *Order*'s final rules in the Federal Register on September 20, 2024. *See* 28 U.S.C. § 2344; *see* Incarcerated People's Communications Services, 89 Fed. Reg. 77,244 (Sept. 20, 2024).

This Court has jurisdiction pursuant to 47 U.S.C. § 402(a) and 28 U.S.C. § 2342(1). Venue is proper in this Court pursuant to 28 U.S.C. § 2343 because Pay Tel has its principal office in this judicial circuit.

Pursuant to Local Rule 15(b), a list of Respondents' names and service addresses is included in the Certificate of Service attached hereto.

Dated: October 7, 2024

Respectfully submitted,

*/s/ Marcus W. Trathen*
Marcus W. Trathen
Amanda S. Hawkins
Christopher B. Dodd
BROOKS, PIERCE, MCLENDON,
 HUMPHREY & LEONARD L.L.P.
1700 Wells Fargo Capitol Center
150 Fayetteville Street (27601)
Post Office Box 1800
Raleigh, NC 27602
Telephone: (919) 839-0300

*Counsel for Petitioner*
 *Pay Tel Communications, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Petition for Review was served on October 7, 2024, by e-mail and U.S. Mail, first class postage prepaid, to the following:

> P. Michele Ellison
> General Counsel
> Federal Communications Commission
> 445 12th Street, S.W.
> Washington, D.C. 20554
> fcclitigation@fcc.gov

I hereby certify that a copy of the foregoing Petition for Review was served on October 7, 2024, by U.S. Mail, first class postage prepaid, to the following:

> Merrick Garland
> Attorney General of the United States
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001

*/s/ Amanda S. Hawkins*
Amanda S. Hawkins